## WESTERN RAILWAY OF ALA. V. BRYANT.

*Damages.*

(Decided Dec. 20, 1906.)

APPEAL from Lee Circuit Court.

Heard before Hon. A. A. EVANS.

GEORGE P. HARRISON, for appellant.

T. D. SAMFORD, R. B. BARNES, and LUM DUKE, for appellee.

DENSON, J.—Dismissed on authority of *Chambers v. Morris*, 144 Ala. 627.

TYSON, C. J., HARALSON, and SIMPSON, JJ., concur.

---

## EX PARTE WILLIAMS.

*Habeas Corpus.*

(Decided Dec. 20, 1906.)

APPEAL from Conecuh Probate Court.

Heard before Hon. F. J. DEAN.

No counsel marked for appellant.

MASSEY WILSON, Attorney General, for the State.

Per curiam.—Appellant being a fugitive from justice, the cause is dismissed.

---

## WILLIAMS V. THE STATE.

*Crime.*

(Decided Jan. 24, 1907.)

APPEAL from Montgomery City Court.

Heard before Hon. W. H. THOMAS.

JOSEPH CALLOWAY, for appellant.

MASSEY WILSON, Attorney General, for the State.

Per curiam.—The cause is abated by the death of appellant.

---

## PEARSON V. HOOPER.

*Assumpsit.*

(Decided April 11, 1907.)

APPEAL from Marshall Circuit Court.